IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SERGIO STARSKY DELATORRE,**

    Petitioner,

v.                                       Case No. 1:17cv173-MW/EMT

**JULIE JONES,**

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Respondent's Motion to Dismiss, ECF No. 16, is **GRANTED**. Petitioner's § 2254 petitioner, ECF No. 1, is **DISMISSED** for failure to state a cognizable claim pursuant to *Stone v. Powell,* 428 U.S. 465,494, 96 S. Ct. 3037, 49 L.Ed. 2nd 1067 (1976). A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on September 12, 2018.**

                                                  s/ MARK E. WALKER
                                                  **Chief United States District Judge**